**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marcia Slack,<br><br>                    Plaintiff,<br><br>v.<br><br>Michael H Woods,<br><br>                    Defendant. | No. MC-20-00009-TUC-JCH<br><br>**ORDER** |

      On February 24, 2022, the Court of the Clerk issued a Writ of Execution (the "Writ") with regards to the contents contained in Safe Deposit Box AZFIB0010703703 (the "Safe Deposit Box"). (Doc. 26.) On March 7, 2022, Garnishee Wells Fargo ("Garnishee") filed a Notice which indicated the Safe Deposit Box was drilled open at an earlier date and did not have any funds or personal property that could be applied toward satisfaction of the underlying Judgment. (*See* Doc. 27.)

      Pending before the Court is Plaintiff/Judgment Creditor's Marcia Slack's ("Plaintiff") Motion for Order Quashing the Writ of Execution (the "Motion"). (Doc. 29.) The Motion request this Court quash the Writ, "[w]ithout waiving any separate claims, actions, causes of actions, etc. of any kind and nature against Wells Fargo Bank for the admitted negligence in the handling of the Safe Deposit Box after service of the Writ…." (Doc. 29 at 2.) Garnishee does not object to the requested relief but takes issue with the characterizations made in Plaintiff's Motion, specifically as to Garnishee's handling of the Safe Deposit Box. (Doc. 30 at 1–2.) Moreover, Garnishee notes its position, "[w]ithout

waiving any defenses to any claims Plaintiff may assert against Wells Fargo…." (*Id.* at 2.)

This Court need not address any potential claims or defenses mentioned by the parties as they are not properly before the Court at this time. The Court's ruling only impacts the Writ in this action. Accordingly,

**IT IS ORDERED QUASHING** the Writ of Execution issued on February 24, 2022. (Doc. 26.)

Dated this 9th day of May, 2022.

_____
Honorable John C. Hinderaker
United States District Judge

- 2 -