**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marcia Slack, | No. MC-20-00009-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Michael H Woods, | |
| Defendant. | |

On February 24, 2023, the Court provided the parties ten (10) days to file written notice demonstrating good cause why this action should not be dismissed for want of prosecution. Doc. 32. Before the Court is Plaintiff's Notice (the "Notice"). Doc. 33. For the following reasons, the Court affirms that the Writ of Garnishment and Writ of Execution as quashed, and orders this matter closed.

The parties are familiar with the background in this case. In May 2020, the U.S. Bankruptcy Court for the Northern District of Oklahoma entered a judgment for $250,000 (the "Judgment") against Judgment Debtor Michael H. Woods ("Judgment Debtor") and in favor of Plaintiff Marcia Slack ("Plaintiff") in case No. 18-10704-M. Doc. 1. In September 2020, Plaintiff registered the Judgment with this Court and filed an *ex parte* Application for Writ of Garnishment. Docs. 1, 4. The Clerk of Court ultimately issued a Writ of Garnishment, Doc. 5, and Writ of Execution, Doc. 6, with regards to the contents contained in Safe Deposit Box AZFIB0010703703 (the "Safe Deposit Box"). Doc. 26. With no non-exempt funds held in any account or Safe Deposit Box to be applied toward

satisfaction of the underlying Judgment, Plaintiff moved to quash the Writ of Garnishment. Doc. 29. In its May 9, 2022, Order, the Court characterized the Plaintiff's Motion to Quash as a "Motion for Order Quashing the Writ of Execution" and granted it as such. Doc. 31.

The Notice acknowledges that both the Writ of Garnishment, Doc. 5, and Writ of Execution, Doc. 26, should be quashed but states that for the Court to enter judgment of dismissal without prejudice could "cloud the finality and validity of the Judgment as registered in the District of Arizona." The point is well-taken. Accordingly, with Plaintiff having shown good cause, no judgment of dismissal without prejudice will be entered.

**IT IS ORDERED AFFIRMING AS QUASHED** both the Writ of Garnishment (Doc. 5.) and Writ of Execution (Doc. 26.). **IT IS FURTHER ORDERED DIRECTING** the Clerk of Court to close this matter.

Dated this 10th day of March, 2023.

_____
Honorable John C. Hinderaker
United States District Judge